HILL *v.* ROME STREET RAILROAD COMPANY.

*Atkinson, J.*—This case falls within the established rule that the
Supreme Court will not overrule the discretion of the trial
judge in the first general grant of a new trial.
May 19, 1896.  Argued at the last term.          *Judgment affirmed.*

Action for damages.    Before Judge Turnbull; motion for new trial before Judge Harris.    City court of Floyd county.    December term, 1894.

*Rowell, Underwood & Rowell,* for plaintiff.    *Dorsey, Brewster & Howell* and *J. Branham,* for defendant.